IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: _____

U.S. FAX LAW CENTER, INC.,

Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION,
JANE DOES #1-100, and JOHN DOES #1-100,

Defendants.

## NOTICE OF REMOVAL OF ACTION

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO:

PLEASE TAKE NOTICE that Defendant U.S. Bank National Association ("U.S. Bank"), pursuant to 28 U.S.C. §§ 1332, and 1441, hereby removes to the United States District Court for the District of Colorado the state action described below.

Removal, based on diversity jurisdiction, is proper on the following grounds:

1.  A civil action was filed in the District Court, City and County of Denver, State of Colorado entitled: *U.S. Fax Law Center, Inc., Plaintiff v. U.S. Bank National Association, Defendant*, Case No. 2005-cv-6067 ("state court action"). Copies of the Summons and Complaint and all other documents filed in the state court action are attached hereto as Exhibit 1 through Exhibit 4 inclusively. To U.S. Bank's knowledge, no other pleadings have been filed and no further proceedings have been held or scheduled in the state court action.

2.  U.S. Bank accepted service of the Summons and Complaint in the state court action on August 5, 2005. See Exhibit 3.

3.  The state court action is an action over which this Court has original jurisdiction under 28 U.S.C. § 1332 and it is one which may be removed to this Court pursuant to 28 U.S.C. § 1441, in that the state court action is an action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.  *See Kopff v. World Research Group, L.L.C.*, 298 F.Supp.2d 50 (D.C.D.C. 2003), (diversity jurisdiction permissible basis for removal of TCPA claims); s*ee also U.S. Fax Loan Center, Inc. v. iHire, Inc.*, U.S. District Court, District of Colorado, 04-cv-0344-LTB-CBS; *compare Consumer Crusade, Inc. v. Fairon and Associates, Inc.*, 2005 WL 1793497 (D.Colo. 2005) (holding TCPA claims not removable on diversity grounds).

4.  As set forth in the Complaint, Plaintiff is a citizen of Colorado.

5.  Defendant U.S. Bank is a national banking association with a principal place of business in the State of Minnesota.  Therefore, U.S. Bank is not a citizen of Colorado for the purposes of removal.  *See* 28 U.S.C. §1348; *see also Firstar Bank, N.A. v. Faul*, 253 F.3d 982 (7th Cir. 2001).

6.  As specifically set forth in the Complaint, Plaintiff is seeking damages in excess of $75,000 for penalties and treble damages for alleged violations of the Telephone Consumer Protection Act and the Colorado Consumer Protection Act.  In addition, Plaintiff's Complaint contains a claim for attorneys' fees.

7.  U.S. Bank is the only non-fictitious defendant in this action, and as such, all defendants have joined in, or consented to, this Notice of Removal.  *See* 28 U.S.C. § 1441(a).

8.  This United States District Court's territorial jurisdiction embraces the place where the state court action is pending: the City and County of Denver, State of Colorado.

9.  As required by 28 U.S.C. § 1446(b), this Notice of Removal is timely filed in that

it is filed with this Court within thirty (30) days after U.S. Bank accepted service of the Summons and Complaint in the state court action.

10. Written notice of the filing of this Notice of Removal has been provided as required by law.

WHEREFORE, U.S. Bank respectfully requests that the state court action now pending against it in the District Court, City and County of Denver, State of Colorado be removed to this Court.

Respectfully submitted this 25th day of August 2005.

    *s/ R. Stephen Hall*
Tucker K. Trautman
R. Stephen Hall
Dorsey & Whitney LLP
Republic Plaza Building, Suite 4700
370 17th Street
Denver, CO 80202-5647
Telephone: (303) 629-3400
E-Mail: hall.Stephen@Dorsey.com

*Attorneys for Defendant*
*U.S. Bank National Association*

## **CERTIFICATE OF SERVICE**

The undersigned herby certifies that on August 25, 2005, a true and correct copy of the foregoing **NOTICE OF REMOVAL OF ACTION** was served via Facsimile and/or U.S. Mail, postage-paid, properly addressed to the following:

Andrew L. Quiat, Esq.
The Law Office of Andrew L. Quiat, P.C.
8200 South Quebec Street
Suite A-3304
Centennial, Colorado 80112

Clerk of the District Court
City and County of Denver
1437 Bannock Street, Room 256
Denver, Colorado 80202

*/s/ Angela Tribolet*

4849-6133-4016\1