| | |
|---|---|
| **DISTRICT COURT, CITY & COUNTY OF DENVER, STATE OF COLORADO**<br><br>Court Address:  1437 Bannock Street, Rm 256<br>                     Denver, Colorado  80202<br><br>Phone Number:  720.865.8301 | |
| **Plaintiff(s):**<br><br>U.S. Fax Law Center, Inc., a Colorado Corporation<br><br>v.<br><br>**Defendant(s):**<br>U.S. Bank National Association; John Does #1-100; and Jane Does #1-100. | ▲ COURT USE ONLY ▲ |
| **Attorney or Party Without Attorney:**<br><br>Andrew L. Quiat<br>The Law Offices of Andrew L. Quiat, P.C.<br>8200 So. Quebec Street, Suite A-3304<br>Centennial, Colorado  80112<br>Phone Number: 303.471.8558<br>Atty. Reg. #:  1286 | Case No.<br><br>Div.:            Ctrm.: |

### CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT

1.  This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases.

2.  Check the boxes applicable to this case.

     ❑  Simplified Procedure under C.R.C.P. 16.1 **applies** to this case because this party does not seek a monetary judgment in excess of $100,000.00 against another party, including any attorney fees, penalties or punitive damages but excluding interest and costs and because this case is not a class action or forcible entry and detainer, Rule 106, Rule 120, or other expedited proceeding.

     ☒  Simplified Procedure under C.R.C.P. 16.1, **does not apply** to this case because (check one box below identifying why 16.1 does not apply):

**Exhibit 1**<br>**Notice of Removal**<br>**of Action**

❑ This is a class action or forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

☒ This party is seeking a monetary judgment for more than $100,000.00 against another party, including any attorney fees, penalties or punitive damages, but excluding interest and costs (see C.R.C.P. 16.1(c)), **or**

❑ Another party has previously stated in its cover sheet that C.R.C.P. 16.1 does not apply to this case.

3. ❑ This party makes a **Jury Demand** at this time and pays the requisite fee.  See C.R.C.P. 38. (Checking this box is optional.)

Date: _____

_____
Signature of Party or Attorney for Party

---

**NOTICE**

✓ This cover sheet must be filed in all District Court Civil (CV) Cases.  Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

✓ This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.

✓ This cover sheet shall not be considered a pleading for purposes of C.R.C.P. 11.

2

| | |
|---|---|
| DISTRICT COURT, CITY & COUNTY OF DENVER, STATE OF COLORADO<br><br>Court Address:   1437 Bannock Street, Rm 256<br>                         Denver, Colorado  80202<br><br>Phone Number:   720.865.8301 | |
| **Plaintiff(s):**<br>U.S. Fax Law Center, Inc., a Colorado Corporation<br><br>v.<br><br>**Defendant(s):**<br>U.S. Bank National Association, John Does #1-100; and Jane Does #1-100. | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney:<br><br>Andrew L. Quiat<br>The Law Offices of Andrew L. Quiat, P.C.<br>8200 So. Quebec Street, Suite A-3304<br>Centennial, Colorado  80112<br>Phone Number: 303.471.8558<br>Atty. Reg. #:  1286 | Case No.:<br><br>Div: _____   Crtrm: _____ |
| **COMPLAINT** | |

PLAINTIFF, for its Complaint against the above-named Defendants, states and alleges as follows:

## I. PARTIES

1.1    U.S. Fax Law Center, Inc. ("USFLC") is a Colorado L Corporation, and an assignee of Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites, ("Jaywell Enterprises").

1.2    Defendant U.S. Bank National Association ("US Bank"), is a company organized and existing under the laws of Colorado, with its principal Colorado place of

business located at 918 17th Street, Denver, CO 80202, and elsewhere in Denver, Colorado, and who sends unsolicited faxes into and/or within the State of Colorado.

1.3    John Doe and Jane Doe Defendants #1-100 respectively are currently unknown individuals, corporations, L.L.C.'s or other statutory or de-facto entities that have either sent, or caused to be sent, to the Plaintiff's Assignor unsolicited fax advertisements in violation of Federal law and/or the Colorado Consumer Protection Act, or have been or are commercial "fax blasters," or are jointly liable spouses of individual Defendants domiciled in community property state(s).

## II. JURISDICTION AND VENUE

2.1    Jurisdiction is proper in this court pursuant to the Constitution of the State of Colorado which provides that the District Court shall be the trial court of record with general jurisdiction and shall have original jurisdiction of all civil cases, except as otherwise provided by statute, and shall have such jurisdiction as may be prescribed by law (Colo. Const. Art. VI § 9).

2.2    47 USC § 227(b)(3) of The Telephone Consumer Protection Act ("TCPA") provides that a private action for its violation may be brought in an appropriate court of a State.

2.3    Venue is proper in this Court pursuant to C.R.C.P. 98(c)(1) 98(c)(1) upon defendants who are non-residents of Colorado, as such cases venue is proper in any county designated in the Complaint.

2.4    This Court has jurisdiction over each out-of-state Defendant by virtue of C.R.S. § 13-1-124.

## III. GENERAL ALLEGATIONS

3.1     This matter is a civil action for damages and injunctive relief against the Defendants under the Federal Telephone Consumer Protection Act ("TCPA"), 47 USC § 227, *et seq.* and the Colorado Consumer Protection Act, C.R.S. Section 6-1-701 *et seq.* ("CCPA").

3.2     Each Defendant engaged in acts or practices that violated the federal TCPA and/or the CCPA, to the detriment of the Plaintiff, as hereinafter more particularly set forth.

3.3     The TCPA at 47 USC § 227(b)(1)(C), provides that it is unlawful for any person to use any telephone facsimile machine to send an unsolicited advertisement to a telephone facsimile machine.

3.4     An "unsolicited advertisement" is defined by Section 227(a)(4), United States Code, Title 47, to mean, "any material advertising the commercial availability or quality of any property, goods, or services which is transmitted to any person without that person's prior express invitation or permission."

## IV. FACTUAL ALLEGATIONS AND CLAIMS FOR RELIEF AS TO DEFENDANT US BANK

4.1     From August 5, 2004 through approximately May 11, 2005, Jaywell Enterprises received at least 63 unsolicited fax advertisements ("faxes"), sent on behalf of US Bank.

4.2     The faxes referred to in Paragraph 4.1 above were sent without Jaywell Enterprises's prior express permission or invitation, and therefore, constitute distinct violations of 47 USC § 227(b)(1)(C).

3

4.3   The faxes referred to in Paragraph 4.1 above were sent without having clearly marked in a margin at the top, singularly or any combination of the following: an identification of the business; the date and time they were sent; other entity or individual sending the message; and the telephone number of the sending fax machine or of such business, other entity or individual. This constitutes in each instance an additional violation of the statutory prohibitions of 47 USC § 227.

4.4   The faxes referred to in Paragraph 4.1, are charted below as follows:

| RECEIVED BY | DATE | | STATE VIOLATIONS | FEDERAL VIOLATIONS |
|---|---|---|---|---|
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | August 5, 2004 | 3:54pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | August 5, 2004 | 3:55pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | August 5, 2004 | 3:55pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | August 5, 2004 | 3:56pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | August 5, 2004 | 3:56pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | August 5, 2004 | 3:57pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | September 15, 2004 | 2:23pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | September 17, 2004 | 11:24am | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | September 21, 2004 | 2:47pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | September 27, 2004 | 5:20pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | September 27, 2004 | 5:20pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | September 27, 2004 | 5:20pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | September 27, 2004 | 5:20pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | September 27, 2004 | 5:20pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | September 27, 2004 | 5:20pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | September 27, 2004 | 5:20pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | October 12, 2004 | 1:51pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a | October 13, 2004 | 2:04pm | 2-Transmission, Header | 2-Transmission, Header |

| RECEIVED BY | DATE | STATE VIOLATIONS | FEDERAL VIOLATIONS |
|---|---|---|---|
| Wall Street Executive Suites | | | |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | October 21, 2004    1:53pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | October 25, 2004    11:48am | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | October 25, 2004    11:49am | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | October 25, 2004    11:50am | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | October 25, 2004    11:50am | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | October 25, 2004    11:51am | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | October 25, 2004    11:51am | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | October 25, 2004    11:56am | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | October 25, 2004    11:56am | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | October 25, 2004    11:57am | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | October 25, 2004    11:57am | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | October 25, 2004    11:58am | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | October 25, 2004    11:58am | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | October 28, 2004    3:50pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | November 22, 2004  12:23pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | November 22, 2004  12:24pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | November 23, 2004  12:01pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | December 1, 2004    12:33pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | December 7, 2004    12:37pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | December 9, 2004    1:10pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | December 14, 2004    1:07pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | December 28, 2004    1:37pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | December 30, 2004  12:08pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | January 4, 2005    12:03pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | January 10, 2005    12:33pm | 2-Transmission, Header | 2-Transmission, Header |

| RECEIVED BY | DATE | | STATE VIOLATIONS | FEDERAL VIOLATIONS |
|---|---|---|---|---|
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | January 13, 2005 | 11:26pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | January 18, 2005 | 4:40pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | January 20, 2005 | 1:58pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | January 26, 2005 | 12:39pm | 2-Transmission, Header | 2-Transmission,  Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | February 2, 2005 | 2:28pm | 2-Transmission,  Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | February 8, 2005 | 12:13pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | February 10, 2005 | 12:10pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | February 15, 2005 | 12:15pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | February 17, 2005 | 11:51am | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | February 23, 2005 | 11:30am | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | March 2, 2005 | 3:31pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | March 7, 2005 | 11:00am | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | March 10, 2005 | 12:04pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | March 14, 2005 | 1:08pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | March 16, 2005 | 11:40am | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | March 22, 2005 | 11:33am | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | March 31, 2005 | 12:07pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | May 3, 2005 | 12:51pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | May 9, 2005 | 1:56pm | 2-Transmission, Header | 2-Transmission, Header |
| Jaywell Enterprises, Inc. d/b/a Wall Street Executive Suites | May 11, 2005 | 11:36am | 2-Transmission, Header | 2-Transmission, Header |
| | | | | |

4.5     An example of some of the offending faxes is attached hereto as Exhibits 1-14. This represents the most common but not sole type of unsolicited fax advertisement sent to Plaintiff's Assignor.

4.6     The 63 unsolicited fax advertisements faxes referred to in Paragraph 4.1 constitute

a total of one hundred twenty-six (126) separate and distinct violation of 47 USC § 227 and an additional and separate 126 separate violations of C.R.S. § 6-1-701 *et seq. in*, for a total of 252 statutory violations.

## V.   CLAIMS AS TO ALL DEFENDANTS

### A. Knowing or Willful Violations

5.1   The respective defendants have violated the TCPA in a knowing or willful manner.   Defendants, for having violated the TCPA in a knowing or willful manner, are liable to the Plaintiff for treble damages as provided by statute.

### B. Violation of the Colorado Consumer Protection Act

5.2   The Colorado Consumer Protection Act was amended by House Bill 04-1125, during the Regular Session of the Colorado General Assembly with the amendments to take effect on August 4, 2004.   The new provisions of the CCPA apply to facsimile transmission, sent on or after the effective date of the amendments.

5.3   C.R.S. § 6-1-105 (as amended) provides that a person engages in a deceptive trade practice when, in the course of such person's business, vocation, or occupation, such person violates any provision of § 6-1-702.

5.4   C.R.S.§ 6-1-702(1) (as amended) provides that a person engages in a deceptive trade practice when, in the course of such person's business, vocation,      or occupation, such person:

  (a) Uses a telephone facsimile machine, computer, or other device to send an unsolicited advertisement to a telephone facsimile machine;

(b) Uses a computer or other electronic device to send any message via a telephone facsimile machine unless such person clearly marks, in a margin at the top or bottom of each transmitted page of the message or on the first page of the transmission:

    (I)   The date and time the facsimile is sent;

    (II)  An identification of the person or entity sending the facsimile;

    (III) The telephone number of the sending machine; and

    (IV) The facsimile number to whom the fax is being sent;

    (c) Violates 47 U.S.C. § 227 or any rule promulgated thereunder.

5.5    C.R.S. §6-1-702(2)(b)(as amended) defines an "unsolicited advertisement"as material that advertises the commercial availability or quality of any property, goods, or services and that is transmitted to a person without that person's prior express permission.

5.6    At the time of the respective violations, as alleged herein, the TCPA and the CCPA were in effect.

### C. Injunctive Relief

5.7    Pursuant to both the TCPA and the Colorado Consumer protection Act, plaintiff is entitled to an injunction to enjoin each Defendant from sending future unsolicited fax advertisements and from engaging in deceptive trade practices.

**WHEREFORE,** Plaintiff U.S. Fax Law Center, Inc., assignee of Jaywell Enterprises, prays for relief as follows:

1.  Judgment for $500.00 for each violation of 47 USC § 227, *et. seq.* and/or C.R.S. § 6-1-701 *et seq.* that was <u>not</u> knowing and willful,

    Judgment for $1,500 for each violation of 47 USC § 227, *et seq.*, that was knowing and willful;

    Judgment for attorneys fees and damages as provided by statute for violations of the Colorado Consumer Protection Act;

2.  Injunctive Relief permanently barring each Defendant from further violation of 47 USC § 227, *et seq.*, and prohibiting any future Deceptive Trade Practice under the Colorado Consumer Protection Act.

3.  For pre-judgment interest as damages as provided by law, post judgment interest as provided by statute; and

4.  For such other further relief as this Court may deem appropriate.

                    Respectfully Submitted,
                    THE LAW OFFICE OF ANDREW L. QUIAT
                    A Professional Corporation


                    Andrew L. Quiat, (Reg. #1286)

<u>Address of Plaintiff:</u>
8200 So. Quebec Street
Suite A-3304
Centennial, Colorado  80112



Consumer Finance

ANSEL.KRANNICH@usbank.com
(952) 936-2719 or Toll free 1-866-448-4815
www.usbank.com/brokerloans      Client Services (866) 950-4180

# Prime Program - *Full Doc* Matrix/Guidelines

Page 2 of 6
Effective August 5, 2004

| LTV up to | Property Type | 750+ Score | | 700 - 749 Score | | 680 - 699 Score | | 650 - 679 Score | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1st Lien | 2nd Lien* | 1st Lien | 2nd Lien* | 1st Lien | 2nd Lien* | 1st Lien | 2nd Lien* |
| 80.00% | SFR, Duplex, Townhome, Modular | 700,000 | 300,000 | 650,000 | 300,000 | 550,000 | 200,000 | 450,000 | 100,000 |
| | Condo (< 3 stories) | 500,000 | 200,000 | 500,000 | 200,000 | 400,000 | 150,000 | 500,000 | 100,000 |
| 85.00% | Manufactured (580+) | 150,000 | -- | 150,000 | | 150,000 | | -- | |
| 90.00% | SFR, Duplex, Townhome, Modular | 550,000 | 300,000 | 500,000 | 275,000 | 400,000 | 150,000 | 300,000 | 75,000 |
| | Condo (< 3 stories) | 400,000 | 175,000 | 375,000 | 150,000 | 300,000 | 150,000 | 225,000 | 75,000 |
| 100.00% | SFR, Duplex, Townhome, Modular | 450,000 | 250,000 | 400,000 | 150,000 | 300,000 | 100,000 | 200,000 | 50,000 |
| | Condo (< 3 stories) | 325,000 | 150,000 | 300,000 | 100,000 | 225,000 | 100,000 | 150,000 | 50,000 |
| 125.00% (Refi only) | SFR, Duplex, Townhome, Modular | -- | 50,000 | -- | 50,000 | -- | 50,000 | Not avail. See 125% Guidelines below. | |
| | Condo (< 3 stories) | -- | 50,000 | | 50,000 | -- | 50,000 | | |
| 70.00% 2nd Home | SFR, Duplex, Townhome, Modular | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 |

* Additional requirements for second lien position: Max. portion of loan over 80%: Credit score 750+ = 150K, 650-749 = 100K, and 650-679 = 50K. For 125% loan: max. portion of loan over 100% = 35K. Purchases may not exceed 100% LTV.

---

## Requirements / Program Notes

- Credit Bureau Used: Check with your Account Executive or Policy and Procedures section at: www.usbank.com/brokerloans for bureau used in your market under the Prime Program.
- Dual Applicant Decisioning: Primary borrower must be on purch. agreement and title to the subj. property. Primary wage earner determines interest rate applied. Secondary applicant must be on the title to the property, be no more than 3 maj. derogs and no bankruptcies. Co-borrower must have a 625+ score when primary's score less than 700. For HELOCs both borrowers must have at least a 650 score. For Manufactured both applicants need 680+.
- Maximum Debt Ratio: 45%
- Bankruptcy/Foreclosure: NONE See ASAP (Score Advantage Program) for this scenario
- Major Derogatories*: No more than three
- Satis. Trade Lines: Three current with 6 month pay history
- Credit History: Minimum 24 months rated
- Credit Inquiry Limit: If credit score is less than 700 no more than 3 inquiries allowed
- Property Types allowed: SFR; Duplex; Townhome; Modular; Condo to 3 stories, no condo conversions; no more than 20% can be rental units; Project must be 100% complete and 80% of units sold. Manufactured - 680+ score req'd for both borrowers. Up to 85% LTV and $150K. No HELOCs, ARMs or 2nd positions. Must be on permanent concrete foundation. Single-wides are not allowed, nor are manufactured vacation homes.
- Ineligible Properties: Non-Conventional Properties, e.g. log homes, etc. For 3-4 Unit, Non-Owner Occupied and Condos over 3 stories see ASAP.
- Property Lot Size: If lot size is 10 acres - No value given to acreage exceeding 10.
- Property Value/Size: Min. $30,000 property value (except in CRA communities), Min. 700 sq. ft.
- Seasoning: No more than 10% appreciation is allowed in the first year.
- Minimum Loan Size: SFR Loan & Line $30K ARM / $20K 2nd/3rd Term. Anti-$15K for $19,999 is 15 yrs. Anti-$15K max is 10 yrs.
- Minimum Income: $1,000/mo. gross and $850/mo. disposable inc. per household
- Escrows (P.O.A): No impounds/escrows allowed or Power of Attorney plans.
- Cash-Out Restrictions (listed by LTV & lien pos): Up to 79.99% = N/A, 80 - 89.99% = $200,000 1st & $150,000 2nd, 90% or greater = $150,000 1st & $50,000 2nd
- * Major derogatory means any one 90+ day delinquent mortgage or other than current acct, any collection, charge-off of judgment (paid or unpaid); or, any account in OEOB.

## ASAP Score Income

If loan doesn't qualify under Prime see ASAP (Alternative Score Advantage Program)
1) Bureau score must be 560+ for all applicants
2) 650 - 699 scores qualify for no more than $75K and 700+ score no more than $100K.
3) 72 month credit history is required.
4) 24-mo verified rental history req'd (no FTHB)
5) Maximum LTV is 100%
6) A full URAR 1004 appraisal is required
7) Add 0.75% to rate and/or margin
8) Self-employed and 1099 borrowers only. (See ASAP program for W2 borrowers). Must be w/ same company for min. of 2 yrs verified by one of the following: YTD tax YTD to mail., verif. from the Sec. of State of business filing, Articles of Incorp, dated business license, or letter from CPA.

| Criteria | Minimum Required |
|---|---|
| Satisfied Trade Lines | 3 (Primary wage earner) |
| Major Derogs Allowed | 1 (none w/ 3 or condos) |
| Minimum Score | 650 (both borrowers) |

- Seasoning -12 mo. for ownership of prop and 1st mortg. If between 1 and 2 yrs. seasoning, limit appreciation to 20%. From the purchase price.
- Ineligible if 1st is FHA w/PMI, 12 mo. w/o cashout
- Maximum portion of loan over 100% = $25,000
- Max loan amount is $650,000
- Refis only. Purchases not allowed.

## New Homebuyers

Add 0.50% to rate. Majority income applicant needs 680+ score, secondary at least 680. 48 mos credit history, 5 Min. Satis. Tradelines; 12 mos. Satis. Installment account w/no delinquency. No major derogs, up to 2 minor derogs.; 12 mo. of continuous installment/rental history: Proof of satisfactory 12 mo. rental history w/ VOR. 2 years same line of work req'd. Max Seller Concessions = 3%; $350K Max. Lien; No Manufactured Homes

## Title Guidelines

The following situations require you to arrange title insurance for your borrower:
1) Any purchase transaction
2) Any simultaneous close
3) Any loan amount of $150,000 or greater
4) Any first position transaction
5) Any trust, membership interest, or
6) Any change in vesting to the title

Life Estate
The title should be "U.S. Bank, its successors and/or assigns" as proposed insured. No title insurance required on first <$150K if broker uses our preferred vendor. Broker must use usbank.com to order title report. Note that closing may only be w/ title cos.

## Appraisal Guidelines

A full URAR appraisal is required on any:
1) Collateral valued at $750,000+
2) Purchase or Contract For Deed transaction
3) Condo (Form 1073), Manufact. or Modular
4) Stated Income (MIV) approved application
5) Amount $500,000+ on SFR, or $500,000+ on duplex, 2nd home or townhome

Required Appraisal Forms: SFR, TownHome, Modular, Manufactured - FNMA 1004; Duplex - FNMA 1025; Condo - FNMA 1073 or Freddie Mac 465

A drive-by appraisal (2055 and), TAV, or FAV (OR, NV, CA) will be acceptable on any:
1) Non-purchase loan <$100,000 on SFR
2) Non-purchase loan <$50,000 on duplex 2nd home or townhome

- TAV/FAV not avail. for property valued >$350K
- Appraisals up to 1-year old acceptable. Those over 6-months old must be re-certified.

EXHIBIT 1



**Consumer Finance**

# 100% Stated down to 640!

## _Alternative Score Advantage Program (ASAP)_

**100% with 640+ and 0x30 on mortgage last 12 months**
**90% LTV for 600+ with 1x30 on mtg**
**85% LTV for 580+ with 2x30 on mtg**
**75% LTV for 550+ with 1x60 on mtg**
**65% LTV for 500+ with 1x90 on mtg**

➢ W-2, 1099, or Self-Employed O.K.
➢ 100% LTV for one loan, or 80/20 combos O.K.
➢ Interest-only available with 680+ scores
➢ Purchase & cash-out refi's O.K.
➢ 2-4 Unit properties up to 90% LTV
➢ High-rise condos, Rowhomes and Rural properties up to 90% LTV
➢ No PMI required - Escrows available
➢ No bump for cash-out!
➢ FTHB available-with 680 fico score
➢ 100% LTV stand-alone 2nds available-down to 640
➢ Loan amounts up to $650k, purchase or cash-out refi.

## _Ansel.krannich@usbank.com_
## _866-448-4815_

For Broker Use Only
C.A. 3.22.04
**EXHIBIT   2**



**Consumer Finance**



Effective 9-21-04

# 1st Mortgage Line of Credit
## <u>Margins Drop Below Prime!!!</u>
### (Interest Only Payment on LOC's)

| 1st Mortgage Line of Credit – Interest Only | | | |
|---|---|---|---|
| | **720+** | **700 – 719** | **680 - 699** |
| **0 – 70%** | P – 0.30 | P – 0.30 | P – 0.30 |
| **71 – 80%** | P – 0.30 | P – 0.30 | P – 0.30 |
| **81 – 90%** | P – 0.30 | P + 0.20 | P + 0.45 |
| **91 – 100%** | P + 0.50 | P + 1.00 | P + 1.25 |
| ** Current Prime Rate = 4.50% ** | | | |

# Great 1st Mortgage's with U.S. Bank!!!
## <u>Check out the 3-year ARM & 30/15 fixed too!</u>

| | **3-year ARM** | | | **30/15 Fixed** | | |
|---|---|---|---|---|---|---|
| | **720+** | **700 – 719** | **680 – 699** | **720+** | **700 – 719** | **680 - 699** |
| **0 – 70%** | 4.35 | 4.55 | 4.65 | 5.80 | 6.00 | 6.10 |
| **71 – 80%** | 4.40 | 4.60 | 4.70 | 5.85 | 6.05 | 6.15 |
| **81 – 90%** | 4.75 | 4.95 | 5.05 | 5.95 | 6.15 | 6.25 |
| **91 – 100%** | 5.80 | 6.00 | 6.10 | 6.25 | 6.45 | 6.55 |

- No Bump for Jumbo Loans
- No PMI (Even up to 100%)
- U.S. Bank will pay for MRT & Recording
- YSP & Buy-downs Available ~ Up to 2pts. Max (.40 per point)
- Low Closing Costs ~ $274 U.S. Bank Fees
- Great 2nd Mortgages too (stacked or stand-alone) loans & LOC's

Account Executive: Ansel Krannich
Phone: 866-448-4815
Email: ansel.krannich@usbank.com

## *For Current Rates:* <u>*www.usbank.com/brokerloans*</u>

*If you would like to be removed from this distribution, please contact [ansel.krannich@usbank.com]
Our Postal Address: U.S. Bank, Consumer Finance Broker Sales, 16 Ninth Avenue North, Hopkins, MN 55343



EQUAL HOUSING
**LENDER**

For Broker Use Only
**EXHIBIT   3**

To: 13037598477 (13037598477)                                              17:20 09/27/04 EST Pg  7-


**Consumer Finance**

Effective: September 27, 2004                                   Page 6 of 6

**Ansel Krannich 866-448-4815**
ansel.krannich@usbank.com
Client Services - 866-850-4180   www.usbank.com/brokerloans

## Traditional Alternative Program - *Matrix/Guidelines*

| Product | Min. Score | DTI %* | Mortgage Ceiling (last 12) | Major Credit (last 12) | Minor Credit (last 12) | Maximum Loan Amounts | Program Notes |
|---|---|---|---|---|---|---|---|
| A+ 80 A+ 85 | 525 | 45 * | 1x30 | | Minor 90 day | $350k | • BK must be discharged >3 years with good re-established credit<br>• Collections, liens, judgements, charge offs OK if filed after 24 months. Must be satisfied if open. |
| A+ 90 | 525 | 45 * | 1x30 | 1x30 Installment 2x30 CC | 2x30 | $350k | • BK must be discharged >2 years with good re established credit<br>• Collections, liens, judgements and c/offs incorporatable |
| A+ 100 | 575 | 45 | None Allowed | 1x30 last 24 on all consumer credit (rolling not allowed) | | $40k 2nd mtg only | • 1 other BK not allowed<br>• One judgement or collection a/c under $500. Must be satisfied if open<br>• Medical collections in up to $500 with written explanation |
| A- 80 A- 85 | 575 | 45 * | 2x30 | | Minor 30 days Isolated 60 day | $350k | • BK discharged >2 years w/good re-established credit<br>• Open collections acceptable to $1,000 aggregate<br>• Liens, jdgmnts and C/offs OK if filed over 12 mo. Must be satisf. if open.<br>• Medical collections excluded |
| A- 90 | 525 | 45 * | 2x30 | | Minor 60 days 1x10 | $350k | • BK discharged >2 years w/good re-established credit<br>• Open collections acceptable to $1,500 aggregate<br>• Liens, judgmnts and C/offs OK if filed over 24 mo. Must be satisf if open<br>• Medical collections excluded |
| A- 95 A-100 | 525 | 45 * 45 | 1x30 (0-95%) (no rolling) 0x30 (eg 100%) | Installment 2 x 30 35% last 12 (100% -last 12) | Minor 30 Days On Major or Minor CC (last 12) | $50k for 1sts $50k for 2nds | • BK must be discharged >3 years w/good re-established credit<br>• Chargeoffs, liens & judgements OK if filed <24 Must be satisf. if open<br>• Open collections up to $500 aggregate (medical excluded)<br>• See guidelines for additional requirements for 100% 2nd purchases |
| 80/20 First Time Home Buyer | 580 | 45 | 0x30 | 1x30 Installment | Minor 30 Days On Major or Minor CC (last 12) | $300k for 1sts $75k for 2nds | • Loan must be in combination with a 1st lien with a max LTV of 80%<br>• First may be with another lender, but all criteria must still be met<br>• Minimum credit score of 580 (both borrowers if joint loan)<br>• Rent must be current and cannot exceed 0x30 (last 12) as evidenced by a 3rd party VOR or cancelled checks<br>• Collections up to $300 aggregate (medical excluded)<br>• No chargeoffs, liens or judgements • No prior BK allowed<br>• Borrower(s) must have min. of 3 tradelines with one being installment |
| B 80 B 85 | 525 | 50 | 1x30 | Some 30 days | Up to 30 day | $350k | • BK discharged >2 years w/good re-established credit<br>• Collections, liens, judgements and C/offs OK (must be filed after 12 mo. to not fall). ROLLING Must be paid in open and filed with 24 mo.) B91+ All charges must be satisfied if open |
| B 90 | 575 | 50 45 | 1x30 | Some 30 days | Some 30 days | $350k | • Medical collections excluded |
| C+ 80 | 575 | 50 | 4x30 1x60 | 3 mo of Opens, 5 mo Delinquency | 5x mo Delinquency | $350k | • BK discharged >2 years w/good re establ. credit (1 year, calls w/ 50%)<br>• Collections, liens & judgements and c/offs OK<br>• Written explanation of credit required |
| C+ 85 | 525 | 50 | 1x30 1x60 | 3 of 30 days, 2x60 days 90 day | 5 mo of Delinquency | $350k | • BK discharged >2 years w/good re-established credit<br>• Collections, liens, judgmnts, and c/offs OK. Must be an open and/or c/offs ch.<br>• Written explanation of credit required |
| C 75 | 525 | 50 | 4x30, 2x60 | 5x60 days, 90 day Delinquency | 5x mo Delinquency | $350k | • BK discharged >1 year re-establ. credit<br>• Collections, liens, judgements and C/offs OK<br>• Written explanation of credit required<br>• Except 7x of delinquency |
| C- 70 | 525 | 50 | 4x30, 1x60 | Serious Delinquency | | $350k | • BK discharged >1 year re-establ. credit<br>• Collections, liens, judgements and C/offs OK<br>• Written explanation of credit required |
| D 65/70 D65-Refi only | 525 | 50 | 4x30 etc (4x60) | Credit not in good standing | | $150k | • BK discharge or call out of Chapter 13<br>• Collections, liens, judgements and C/offs OK<br>• Written explanation of all credit required and must have every open system |

**\* 50% DTI allowed as an exception with 0.40% increase in rate. DTI calculation includes PITI**

## General Guidelines

### Purchase Loans:

### Refinance Loans:

### General:
• **Credit Score** - Min score is 525 (except 80/20 FTHB program). Using the lower of 2 or the middle of 3 scores. One loan at all (w/o underwriting) scores from 500 to 521 (select CC's) or 500 to 524 will be considered in...
• **Manufactured Housing** requires a min score of 550...
• **Buy-Ups/Buy-Downs**: 1% per buyer on a spread...
• **Full Income Doc**: No income info on ...
• **Appraisals**...

All loans are subject to change without notice.  Go to www.usbank.com/brokerloans for current versions...

**EXHIBIT   4**

 **bank**
For business. Consumer.

Consumer Finance

*WOW! Look at these ARM Rates*

Effective:  October 25, 2004        Page 1 of 6

ANSEL.KRANNICH@usbank.com

(952) 936-2719 or toll free 1-866-448-4815

Client Services  866-850-4180

For Rates and Guidelines visit:
www.usbank.com/brokerloans

# Prime Program - *Rates*

| Score | LTV to: | 1st Position ARMS | | | Fixed | | 2nd Position | | Pricing Adjustments / Notes |
|---|---|---|---|---|---|---|---|---|---|
| | | 1/1 ARM | 3/1 ARM | 5/1 ARM | ARM Margin | 15 Year | 30/15 | 15 Year | 30/15 |

| Score | LTV to: | 1/1 ARM | 3/1 ARM | 5/1 ARM | ARM Margin | 15 Year | 30/15 | 15 Year | 30/15 |
|---|---|---|---|---|---|---|---|---|---|
| **720+** | 70% | 3.30 | 4.05 | 4.70 | 2.75 | 5.35 | 5.55 | 5.85 | 6.45 |
| | 80% | 3.35 | 4.10 | 4.75 | 2.80 | 5.40 | 5.60 | 5.90 | 6.50 |
| | 90% | 3.70 | 4.45 | 5.10 | 3.15 | 5.50 | 5.70 | 6.25 | 7.05 |
| | 100% | 4.75 | 5.50 | 6.15 | 4.20 | 5.80 | 6.00 | 6.85 | 7.55 |
| | 125% | -- | -- | -- | -- | -- | -- | 11.85 | -- |
| **700-719** | 70% | 3.50 | 4.25 | 4.90 | 2.95 | 5.55 | 5.75 | 6.05 | 6.85 |
| | 80% | 3.55 | 4.30 | 4.95 | 3.00 | 5.60 | 5.80 | 6.10 | 6.70 |
| | 90% | 3.90 | 4.65 | 5.30 | 3.35 | 5.70 | 5.90 | 6.70 | 7.55 |
| | 100% | 4.95 | 5.70 | 6.35 | 4.40 | 6.00 | 6.20 | 7.20 | 8.20 |
| | 125% | -- | -- | -- | -- | -- | -- | 11.05 | -- |
| **680-699** | 70% | 3.60 | 4.35 | 5.00 | 3.05 | 5.65 | 5.85 | 6.15 | 6.75 |
| | 80% | 3.65 | 4.40 | 5.05 | 3.10 | 5.70 | 5.90 | 6.20 | 6.80 |
| | 90% | 4.00 | 4.75 | 5.40 | 3.45 | 5.80 | 6.00 | 6.95 | 7.80 |
| | 100% | 5.05 | 5.80 | 6.45 | 4.50 | 6.10 | 6.30 | 7.45 | 8.30 |
| | 125% | -- | -- | -- | -- | -- | -- | 12.05 | -- |
| **650-679** | 70% | 4.70 | 5.45 | 6.10 | 4.15 | 6.70 | 6.85 | 7.35 | 8.20 |
| | 80% | 4.75 | 5.50 | 6.15 | 4.20 | 6.75 | 7.00 | 7.45 | 8.30 |
| | 90% | 5.80 | 6.55 | 7.20 | 5.25 | 7.95 | 8.05 | 8.45 | 9.10 |
| | 100% | 6.60 | 7.36 | 8.00 | 6.05 | 8.05 | 8.15 | 8.90 | 9.65 |

**Pricing Adjustments / Notes**

10 Yr Loan - Deduct from 15 Yr   -0.10
Loans < $25K (not HELOCs)   +0.25
Condos (loans, not HELOCs)   +0.30
First Time Buyer (HELOC not avail. See guidelines for FTHB info.)   +0.50
Stated Income (see guidelines and note (1) both borrowers must score 680+ (2) Max amount= 75K (680-699) or 100K (700+). See ASAP program for higher loan amts and for lower scores.   +0.75

**Buy Ups (YSP) + Buy Downs**

| Points | % | | Points | % |
|---|---|---|---|---|
| 40 bps equals two pts rebate! | 0.25 | 0.10 | 1.25 | 0.50 |
| | 0.50 | 0.20 | 1.50 | 0.60 |
| | 0.75 | 0.30 | 1.75 | 0.70 |
| | 1.00 | 0.40 | 2.00 | 0.80 |

**ARM Notes**
Index=1 Yr LIBOR; Currently 2.420%
Caps: 1/1 & 3/1 = 2/2/6; 5/1 = 5/2/6
Buy Ups (YSP) + Buy Downs avail. on ARMs also and apply only to initial rate, not margin!

*!! Rates on all U.S.Bank programs good for 45 days with no add to rate !!*

# Home Equity Line of Credit (HELOC) Margins
**Current U.S. Bank Prime Rate=4.75%**

| | Line Amount | 80% LTV | | | | 90% LTV | | | | 100% LTV | | | | 125% LTV | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 720+ | 700 | 680 | 650 | 720+ | 700 | 680 | 650 | 720+ | 700 | 680 | 650 | 720+ | 700 | 680 |
| **1st Position** | $100K-700K | -0.30 | -0.30 | -0.30 | -0.05 | -0.30 | 0.20 | 0.45 | 1.20 | 0.50 | 1.00 | 1.25 | 2.50 | 125% only available in 2nd position | | |
| | $50K-99,999 | -0.30 | -0.30 | -0.30 | 0.20 | -0.05 | 0.45 | 0.70 | 1.45 | 0.75 | 1.25 | 1.50 | 2.75 | | | |
| | $25K-49,999 | -0.30 | -0.30 | -0.05 | 0.45 | 0.20 | 0.70 | 0.95 | 1.70 | 1.00 | 1.50 | 1.75 | 3.00 | | | |
| | $10K-24,999 | -0.30 | -0.05 | 0.20 | 0.70 | 0.45 | 0.95 | 1.20 | 1.95 | 1.25 | 1.75 | 2.00 | 3.25 | | | |
| **2nd Position** | $100K-300K | 0.00 | 0.00 | 0.00 | 0.50 | 0.25 | 0.75 | 1.00 | 1.75 | 0.75 | 1.25 | 1.50 | 2.75 | $50K max. See guidelines | | |
| | $50K-99,999 | 0.00 | 0.00 | 0.00 | 0.25 | 0.50 | 1.00 | 1.25 | 2.00 | 1.00 | 1.50 | 1.75 | 3.00 | 2.50 | 2.75 | 3.00 |
| | $25K-49,999 | 0.00 | 0.25 | 0.50 | 1.00 | 0.75 | 1.25 | 1.50 | 2.25 | 1.25 | 1.75 | 2.00 | 3.25 | 2.75 | 3.00 | 3.25 |
| | $10K-24,999 | 0.00 | 0.50 | 0.75 | 1.25 | 1.00 | 1.50 | 1.75 | 2.50 | 1.50 | 2.00 | 2.25 | 3.50 | 3.00 | 3.25 | 3.50 |

**HELOC Notes**
~ 680+ Interest only payments and qualify to 100%   Over 100% - payment and qualify at 2%
~ 650-679 Interest only payments and qualify to 80%   From 80.01% to 100% payment and qualify at 1%.
~ Stated Income- add 0.75% to margin (see guidelines)
~ Interest only calculation = Rate / 12 x $ Amount
~ Buy ups/downs avail @ 40:1 on amount drawn at closing. Buy downs cannot result in rate below prime. Not available on 125s.
~ 12 mo. mortgage hist. req'd to qualify (No FTHB)
~ Both borrowers must score 650 or above.
~ 15 years to draw plus up to 10 more to repay.

**Prime Program Lender Fees**

| 1sts | 2nds | Fee Description |
|---|---|---|
| $149 | $49 | Processing |
| $40 | $40 | Doc Prep * |
| $64 | $64 | Tax Service |
| $15 | $15 | Credit Report |
| $6 | $6 | Flood Certification |
| $274 | $174 | Total Fees |

*except MA/MD/ME/MI/NC/NJ/NY/TX
$75 HELOC annual fee (waived 1st yr)
Broker fee capped at 7.99% or state or local maximum, whichever is less

**1st Pos. HELOCs as low as Prime MINUS .30% FOR LIFE!**

*ARM and Fixed Rates Reduced. ALL 3 PROGRAMS !*

**Prepayment Penalties**
Loans / ARMs: Greater of $100 or 1% of bal. at payoff for first 3 yrs. (first yr. for 1/1 ARM). No Prepayment Penalty for: GA, IL, MO, NC, SC, TX
HELOCs: 1% of the credit limit, $100 minimum, not to exceed $350 if closed in the first three years.

All calculations are subject to change without notice. Rates subject to change without notice for a limited time offer. This information is provided for the use of mortgage professionals and is not intended for public distribution, or as an advertisement to extend consumer credit as defined by Reg Z, sec 226.2

**Loss Payee Clause**
*(Prime Program Only)*
U.S. Bank Service Center
4325 17th Avenue SW
Fargo, ND 58103

U.S Bank is an equal housing lender.


EQUAL HOUSING LENDER

**EXHIBIT 5**

To: 13037598477                                                15:50 10/28/04 PG 001





**Consumer Finance**



# You Decide...

## Choose U.S. Bank's NEW Interest

# ONLY 100% LTV ARM!!!!!!!

### *Sell 1 loan to 80...90...or 100%...with no PMI !*

| | "3 YR ARM" | | | "5 YR ARM" | | |
|---|---|---|---|---|---|---|
| | 720+ | 700-719 | 680-699 | 720+ | 700-719 | 680-699 |
| 0-70% | 4.05 | 4.25 | 4.35 | 4.70 | 4.90 | 5.00 |
| 71-80% | 4.10 | 4.30 | 4.40 | 4.75 | 4.95 | 5.05 |
| 81-90% | 4.45 | 4.65 | 4.75 | 5.10 | 5.30 | 5.40 |
| 91-100% | 5.50 | 5.70 | 5.80 | 6.15 | 6.35 | 6.45 |

(Interest-only option not available for Stated Income or First Time Homebuyers)

### *See current rates for program information*

➢ Cash-out up to 100% O.K!!
➢ No bump for Interest Only options or JUMBOS!!!!!!
➢ No reserves required—no escrows needed
➢ Taxes and insurance are not included in debt ratio!
➢ Purchase or Cash-out Refis O.K.
➢ Yield Spread (Rebate) Available – at 40:1 ratio -- 2 points max
➢ Low Closing Costs--$274 U.S. Bank Fees on 1st, $174 on 2nd

## *Ansel Krannich, Account Executive*
Phone: (866) 448-4815 ~ Email: ansel.krannich@usbank.com
## *www.usbank.com/brokerloans*



*If you would like to be removed from this distribution list, please contact [ansel.krannich@usbank.com]
Address: U.S. Bank, Consumer Finance, 16 Ninth Avenue N., Mail Loc. BP-MN-H02F, Hopkins, MN

EQUAL HOUSING LENDER

For Broker Use Only

**EXHIBIT   6**



**Consumer Finance**



# Thanks For Giving
# U.S. Bank:

# ***Interest Only ARMs***
# up to 100% LTV!!

| | "3 YR ARM" | | | | "5 YR ARM" | | |
|---|---|---|---|---|---|---|---|
| | 720+ | 700-719 | 680-699 | | 720+ | 700-719 | 680-699 |
| 0-70% | 4.30 | 4.50 | 4.60 | | 4.95 | 5.15 | 5.25 |
| 71-80% | 4.35 | 4.55 | 4.65 | | 5.00 | 5.20 | 5.30 |
| 81-90% | 4.70 | 4.90 | 5.00 | | 5.35 | 5.55 | 5.65 |
| 91-100% | 5.75 | 5.95 | 6.05 | | 6.40 | 6.60 | 6.70 |

(680 Minimum Score Primary-650 Secondary, Full Doc Only, No FTHB)

- **No Bump for Interest Only**
- **No Bump For Jumbo**
- **No PMI**
- **US Bank will Pay for MRT & Recording**
- **YSP & Buy-downs Available at 40:1 —  2 pts max**
- **Low Closing Costs--$274 US Bank Fee**
- **Great 2nd Mortgages too** (Do 80/20 Stacked to 100% both interest only with LOC)

## *Ansel Krannich, 866-448-4815*
## *email: ansel.krannich@usbank.com*

*For Current Rate Sheets: www.usbank.com/brokerloans*



*If you would like to be removed from this distribution list, please contact [consumer.finance@usbank.com]
Address: U.S. Bank, Consumer Finance, 16 Ninth Avenue N., Mail Loc. EP-MN-HO2F, Hopkins, MN 55343

EQUAL HOUSING
LENDER
For Broker Use Only

EXHIBIT   7



**Consumer Finance**

# 100% Stated Income

## *Blended rate of 6.45%!!!**



## Easy as 1, 2

- No PMI
- Self-employed or W2
- Low lender fees -$525 for 1st and $375 for 2nd
- Previous BK's allowed
- Generous cash out policy
- Available for FTHB's
- No jumbo premiums
- YSP at 40:1
- Other blended rates available scores down to 640 – see rates and guidelines for more information

**20% CLTV**
**30/15 term**

**Rate as low as***

**10.05%**

**80% LTV**
**2/1 ARM**

Rate as low as*

**5.55%**

*effective 12/1/2004    Tier 1    ASAP program

### Visit www.usbank.com/brokerloans for program specifics

## ACCOUNT EXECUTIVE: ANSEL KRANNICH
### Phone: (866) 448-4815 ~ Email: ansel.krannich@usbank.com



For Broker Use Only

**EXHIBIT    8**



**Consumer Finance**



# BROKERS' TOP 3 NEW YEAR'S RESOLUTIONS

1. **STOP SELLING MORTGAGE INSURANCE**
   U.S. Bank's programs NEVER include MI whether structured as 80/20 or just 1 loan to 100%. No money down for customer and full tax benefits.

2. **THINK OUTSIDE THE "30 YR FIXED" BOX**
   Although we offer the 30 yr. products, consider the savings that comes w/ alternative products. For example...
   - 3 YR ARM w/ interest only option as low as 4.50%
   - 100%, 1 yr. arm at 5.00%
   - 80/20 combo w/ blended rates as low as 4.89%
   Pay less in interest and use that savings toward debt consolidation or pay down your mortgage more quickly.

3. **MAKE THINGS AS EASY AS POSSIBLE**
   Approvals in just hours
   Underwriting turntimes of around 2 –3 days
   Fax all conditions (email appraisal on asap & traditional)

## START THE YEAR OFF RIGHT WITH US BANK!!
### Call Ansel Krannich for more info at (866) 448-4815
*Ansel.krannich@usbank.com*
*www.usbank.com/brokerloans*

*If you would like to be removed from this distribution list, please contact [consumer.finance@usbank.com]
Address: U.S. Bank, Consumer Finance, 16 Ninth Avenue N., Mail Loc. BP-MN-H02F, Hopkins, MN 55343



For Broker Use Only
EXHIBIT  9



**Consumer Finance**

# Check out our ☑
# 1ˢᵗ Position Rates

Prime 3-YR and 5-YR ARM 1ˢᵗ Mtg.
Prime HELOC margins, as low as Prime – 30 bps*
No Bump for Jumbo or Interest Only
*See Rate Sheet

### "3/1 ARM"

| LTV/Score | 720+ | 700-719 | 680-699 |
|-----------|------|---------|---------|
| 0-70% | 4.50% | 4.70% | 4.80% |
| 71-80% | 4.55% | 4.75% | 4.85% |
| 81-90% | 4.90% | 5.10% | 5.20% |
| 91-100% | 6.15% | 6.35% | 6.45% |

### "Interest Only HELOC's" 1st Mtg. (minimum HELOC $100K)

| LTV/Score | 720+ | 700-719 | 680-699 |
|-----------|------|---------|---------|
| 0-70% | Prime minus .30 bps | Prime minus .30 bps | Prime minus .30 bps |
| 71-80% | Prime minus .30 bps | Prime minus .30 bps | Prime minus .30 bps |
| 81-90% | Prime minus .30 bps | Prime plus .00 bps | Prime plus .25 bps |
| 91-100% | Prime plus .30 bps | Prime plus .80 bps | Prime plus 1.05 bps |

*Need an 80/20 combo? Try adding an
Interest-Only HELOC 2ⁿᵈ!!!*

*Quick to close and only $274 (loan) or $210 (HELOC) in lender fees!!*

- Great 2ⁿᵈ Mtg, too!! Loan or HELOC's
- No Mortgage insurance—at any LTV
- No Bump for Cash Out
- Taxes and insurance not included in debt ratio on 1ˢᵗ Mtg. (Prime Side)
- Same day approvals/2-3 days in underwriting
- Yield Spread (partial points available--max 2 pts)

## *Ansel Krannich*
### *(866)448-4815 ~ansel.krannich@usbank.com*

*For Current Rates Visit: www.usbank.com/brokerloans*



*If you would like to be removed from this distribution list, please contact [consumer.finance@usbank.com]
Address: U.S. Bank, Consumer Finance, 16 Ninth Avenue N., Mail Loc. EP-MN-H02F, Hopkins, MN 55343

EQUAL HOUSING
LENDER

For Broker Use Only
CA 02.07.05

EXHIBIT 10



**Consumer Finance**

# 80/20 Purchases

## ZERO DOWN PURCHASE MONEY!

**4.90%** * Prime = 1st - 3 yr ARM/ 2nd - HLOC

**5.95%** * Alternative = 1st - 2 yr ARM/ 2nd – 30/15 yr fixed

**5.82%** * Prime FTHB = 1st – 3 yr ARM/ 2nd – 30/15

*Rates vary depending on credit scores, mortgage history, geographic location
and property type.  See **www.usbank.com/brokerloans** for rates
and guidelines.*

### Get rid of conforming requirement headaches



## US Bank's 100% purchases make it simple and painless!

- **No cap on seller concessions (3% for FTHB)**
- **100% financing with No PMI EVER!**
- **Low Fees**
- **No pricing bump for jumbo's**
- **Quick turn-times (< 24 hr approval – 2-3 day underwriting)**

### Please contact me for more information:
### Ansel Krannich – (866) 448-4815
<u>ansel.krannich@usbank.com</u>



EQUAL HOUSING
**LENDER**

*If you would like to be removed from this distribution list, please contact [consumer.finance@usbank.com]
Our postal address: U.S. Bank, Consumer Finance Broker Sales, 4325 17th Ave. S.W., Fargo, ND 58013

For Broker Use Only
CA 2.20.04

EXHIBIT 1 1

To: 13037598477                    12:04 03/10/05 PG 001



**Consumer Finance**

# Great 90/10 Financing !!
## ~ Unbelievable blended rates ~

| MID SCORE | 90% 3/1 ARM (Interest Only) | 10% HELOC (Interest Only) | BLENDED RATE |
|---|---|---|---|
| 720+ | 4.80% | 6.55% | 4.98% |
| 700-719 | 4.90% | 7.05% | 5.12% |
| 680-699 | 5.00% | 7.30% | 5.23% |

| MID SCORE | 90% 5/1 ARM (Interest Only) | 10% HELOC (Interest Only) | BLENDED RATE |
|---|---|---|---|
| 720 + | 5.35% | 6.55% | 5.47% |
| 700-719 | 5.55% | 7.05% | 5.70% |
| 680-699 | 5.65% | 7.30% | 5.82% |

| MID SCORE | 90% 30/15 FIXED | 10% HELOC (Interest Only) | BLENDED RATE |
|---|---|---|---|
| 720+ | 5.90% | 6.55% | 5.97% |
| 700-719 | 6.10% | 7.05% | 6.20% |
| 680-699 | 6.20% | 7.30% | 6.31% |

★ No Mortgage Insurance
★ Low Fees
     Only $274 for 1st Mortgages & $110 for 2nd Mortgages
★ No Bump for jumbo's
★ No Bump for Interest Only
★ 50% DTI (ratio includes taxes & insurance)
★ Limited Conditions: fax them all
★ Quick turn-times

### AE:  Ansel Krannich (866) 448-4815
### E-Mail: first.lastname@usbank.com

For Current Rate Sheets: *www.usbank.com/brokerloans*


EQUAL HOUSING LENDER

For Broker Use Only
CA 03.07.05

*If you would like to be removed from this distribution list, please contact [consumer.finance@usbank.com]
Address: U.S. Bank, Consumer Finance, 16 Ninth Avenue N., Mail Loc. EP-MN-HO2F, Hopkins, MN 55343

EXHIBIT 12

To: 13037598477                                12:07 03/31/05 PG 001



**Consumer Finance**



# U.S. BANK HOLDS THE "KEY" TO FINANCING YOUR NEXT PURCHASE

## We have the programs for every borrower...

### Prime Program:
- 100% financing w/ no mortgage insurance
- Up to 6% seller concessions
- 100% interest only available
- Low fees! Just 274.00 (1st) , 174.00 (fixed 2nd), 110.00 (loc 2nd)
- No Escrows
- Fax all documentation (minimal conditions – appraisal, title, good faith estimate, homeowners, income docs and purchase agreement in most cases)
- Fast turnaround times on prequals and underwriting
- Rates automatically locked for 45 days
- No Reserves, No verification of assets in most cases
- No bumps for jumbos
- YSP available at .40 per yield spread premium, up to 2 allowed

### ASAP Program:
- 100% financing w/ no mi
- 100% First time homebuyers down to 600
- 100% stated available, self employed & W-2 allowed down to 640
- Bank statement programs w/ .25 bump to rate
- Non owner occupied purchases to 85%

### Traditional Alternative:
- First Time homebuyer down to 580

### Call Ansel Krannich for more info at 866-448-4815
### *www.usbank.com/brokerloans*

*If you would like to be removed from this distribution list, please contact [consumer.finance@usbank.com]
Address: U.S. Bank, Consumer Finance, 16 Ninth Avenue N., Mail Loc. EP-MN-HO2F, Hopkins, MN 55343



EQUAL HOUSING LENDER

For Broker Use Only
CA 03.02.05
EXHIBIT 13

# US bank.
*Five Star Service Guaranteed*

**Consumer Finance**

# Interest Only & No MI...



# Knock-Out Competition w/USB One Loan or Two

| LTV | 3/1 I/O ARM | 5/1 I/O ARM | 15 yr FIXED | 30/15 FIXED |
|-----|-------------|-------------|-------------|-------------|
| 80% | 4.75% | 5.40% | 5.85% | 5.95% |
| 90% | 4.95% | 5.50% | 5.95% | 6.05% |
| 100% | 6.10% | 6.50% | 6.60% | 6.70% |

*\*Above rates based on 720 Mid-score, SFR, 1-yr previous mtg history. See rate sheets for additional pricing down to 650 mid-score.*

➡ *\*100% Financing with No Mortgage Insurance Ever!*
➡ *\*Low Lender Fees $274 on 1st's and $174 on 2nd's*
➡ ***Now – Interest Only Available on 3/1 & 5/1 ARM's***

# Combine 80/20 - Both Interest Only Payments

| 80% 1st Position | 100% CLTV 2nd Position | Blended Rate |
|------------------|------------------------|--------------|
| 3/1 ARM: 4.75% | HELOC: 6.80% | 5.16% |
| 5/1 ARM: 5.40% | HELOC: 6.80% | 5.68% |

*Rates based on a 720 Mid-score, SFR, 1-yr previous mtg history, $50-100K HELOC 2nd Mortgage.*

## Contact: Ansel Krannich (866) 448-4815
## Ansel.krannich@usbank.com

*www.usbank.com/brokerloans*


EQUAL HOUSING
LENDER

\*If you would like to be removed from this distribution list, please contact [ansel.krannich@usbank.com]
Address: U.S. Bank, Consumer Finance, 16 Ninth Avenue N., Mail Loc. EP-MN-HO2F, Hopkins, MN 55343

For Broker Use Only
05.06.05

**EXHIBIT 14**