IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 05-cv-01650-REB-CBS

U.S. FAX LAW CENTER, INC.,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION,
JANE DOES #1-100, and
JOHN DOES #1-100,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that the parties Stipulated Motion to Stay Proceedings (filed October 24, 2005; *doc. no. 14*) is **GRANTED**. The scheduling conference set for November 7, 2005, is **VACATED**. It is further

    **ORDERED** that within 72 hours of receipt of a decision by District Judge Robert E. Blackburn on the Motion to Dismiss filed September 1, 2005 (*doc. no. 5*), counsel shall file a status report, as necessary.

**DATED:**    November 1, 2005