IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 05-cv-01650-REB-CBS

U.S. FAX LAW CENTER, INC.,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION,
JANE DOES #1-100, and
JOHN DOES #1-100,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Stipulated Motion to Continue Stay (*doc. no. 21*) is **GRANTED**.

    IT IS FURTHER ORDERED that the parties shall file a written status report within 10 days after denial or determination by the United States Supreme Court as to Plaintiff's Petition for Certiorari. Or, alternatively, if Plaintiff decides not to file a Petition for Certiorari, a status report is due no later than **June 15, 2007**.

**DATED:**     April 17, 2007