IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-01650-REB-CBS

U.S. FAX LAW CENTER, INC.,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION,
JANE DOES #1-100, and
JOHN DOES #1-100,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Stipulation And Motion For Dismissal With Prejudice** [#28], filed April 8, 2008. After careful review of the motion and the file the court has concluded that the motion should be granted, and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation And Motion For Dismissal With Prejudice** [#28], filed April 8, 2008, is **GRANTED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated April 8, 2008, at Denver, Colorado.

                        **BY THE COURT:**

                        **s/ Robert E. Blackburn**
                        **Robert E. Blackburn**
                        **United States District Judge**